USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

9008 QUEENS BLVD. LOFT LLC and CHUN PETER DONG,

Case No. 19-cv-10375 (GBD)

Plaintiffs,

~~PROPOSED~~
**DEFAULT JUDGMENT**

- against -

MIRIAM EQUITIES LLC and JONATHAN RUBIN,

Defendants.

------------------------------------------------------------X

Plaintiffs 9008 Queens Blvd. Loft LLC and Chun Peter Dong (the "Plaintiffs") having commenced this action seeking, *inter alia*, a judgment declaring that: (A) Defendants Miriam Equities LLC and Jonathan Rubin (the "Defendants") have no right, title or interest in and to (i) three Promissory Notes dated December 1, 2016 issued by Sentry at QB LLC ("Sentry") as maker (the "Notes") to Plaintiff 9008 Queens Blvd. Loft LLC ("9008 Queens"), annexed collectively as Exhibit A to the Declaration of Chun Peter Dong, dated November 15, 2019 (the "Dong Declaration"), and (ii) money judgments in Supreme Court, Queens County in favor of Plaintiff 9008 Queens and against Sentry at QB LLC, Sentry Operating Corp., Ding Kwong Wai a/k/a John Wai, and Benjamin Wai, issued under Index Nos. 660/2019, 661/2019 and 662/2019, which were filed and recorded by the County Clerk of Queens County on February 4, 2019 (the "Judgments") and are annexed collectively as Exhibit B to the Dong Declaration; and (B) a document dated as of May, 2019 entitled "Loan Purchase Agreement/Assignment of Judgments" (the "Loan Purchase Agreement"), filed on November 8, 2019 at Dkt. No. 3-1 as Exhibit A to the Complaint, is of no force or effect; and Defendants having been duly served with the Summons and Complaint in this action on November 15, 2019, and having failed to timely appear or respond to the Complaint, and

530887_2

the Clerk of Court having entered Defendants' defaults on the docket of this action on December 18, 2019.

NOW, ON MOTION of Silverman Shin & Byrne PLLC, attorneys for the Plaintiffs, it is

ORDERED, ADJUDGED AND DECREED that Defendants Miriam Equities LLC and Jonathan Rubin have no right, title or interest in and to the Notes or the Judgments and that the Loan Purchase Agreement is null and void and of no force or effect.

Dated: New York, New York
JAN 0 7 2020

_____
George B. Daniels
U.S.D.J.

This document was entered on the docket on JAN 0 7 2020 .

530887_2